UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN PAGE, | Case No. 1:19-cv-01463-AWI-JDP |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT COURT DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| WARDEN RAYTHEL FISHER, *et al*., | |
| Respondent. | (ECF No. 12) |
| | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

Petitioner Jason Alan Page, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2020, the Magistrate Judge entered findings and recommendations that the Court dismiss the petition for writ of habeas corpus. (ECF No. 12.) The parties were provided an opportunity to file objections to the findings and recommendations within fourteen days. Petitioner filed objections and an addendum to his objections. (ECF Nos. 13, 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

including petitioner's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on March 30, 2020 (ECF No. 12) are ADOPTED in full;
2. The petition for writ of habeas corpus (ECF No. 1) is DISMISSED; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   December 15, 2020                               /s/ [signature]
                                                         SENIOR DISTRICT JUDGE

2